IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01096-MEH

TINASE Z. ROBERTS,

      Plaintiff,

v.

AUTO OWNERS INSURANCE COMPANY, and
OWNERS INSURANCE COMPANY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 16, 2014.**

      For good cause shown, Defendants' Unopposed Motion for Protective Order [filed September 12, 2014; docket #27] is **granted**. The proposed Protective Order is accepted and filed contemporaneously with this minute order.