IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01096-MEH

TINASE Z. ROBERTS,

    Plaintiff,

v.

AUTO OWNERS INSURANCE COMPANY, and
OWNERS INSURANCE COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2015**.

    Plaintiff's Motion for Leave to File First Amended Complaint [filed March 18, 2015; docket #44] is **denied without prejudice** for failing to comply with D.C. Colo. LCivR 15.1(b).