IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01096-MEH

TINASE Z. ROBERTS,

    Plaintiff,

v.

AUTO OWNERS INSURANCE COMPANY, and
OWNERS INSURANCE COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2015**.

    Before the Court is a Notice of Settlement filed by the parties on April 15, 2015 (docket #53). In light of the settlement of this case, Plaintiff's Motion for Leave to File First Amended Complaint [filed March 19, 2015; docket #46] and Defendant's Motion for Partial Summary Judgment on [Plaintiff's] Second and Third Claims for Relief [filed March 30, 2015; docket #49] are **denied without prejudice**. The parties shall file dismissal papers with the Court on or before May 1, 2015.