IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-01096-MEH

TINASE Z. ROBERTS,

    Plaintiff,

v.

AUTO OWNERS INSURANCE COMPANY, and
OWNERS INSURANCE COMPANY,

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is a Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed May 1, 2015; docket #55]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 4th day of May, 2015.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge